**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**BRUCE INGRAHAM et al.,**

                    Plaintiffs,                1:20-cv-1190
                                                        (GLS/DJS)

       v.

**HARTFORD CONNICEUT**
**INSURANCE,**

                    Defendant.

**APPEARANCES:**                           **OF COUNSEL:**

**FOR THE PLAINTIFFS:**
Bruce Ingraham
*Pro Se*
P.O. Box 861
2455 Route 8
Apartment 2
Lake Pleasant, NY 12108

Holly Ingraham
*Pro Se*
P.O. Box 861
2455 Route 8
Apartment 2
Lake Pleasant, NY 12108

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following an Report-Recommendation and Order (R&R) by Magistrate Judge Daniel J. Stewart duly filed October 29, 2020. (Dkt. No. 10.) Following fourteen days from the

service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 10) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiffs' complaint (Dkt. No. 1) is **DISMISSED** without prejudice and with leave to replead in full compliance with the Report-Recommendation and Order; and it is further

**ORDERED** that plaintiffs may file an amended complaint within **thirty (30) days** of the date of this Order; and it is further

**ORDERED** that, if plaintiffs file an amended complaint in the time permitted, the amended complaint will be referred to Magistrate Judge Stewart for further review; and it is further

**ORDERED** that, if plaintiffs fail to file an amended complaint in the time permitted, the Clerk is directed to enter judgment without further order of the court; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiffs in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

November 23, 2020
Albany, New York

Gary L. Sharpe
Gary D. Sharpe
U.S. District Judge