**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**BRUCE INGRAHAM et al.,**

                    **Plaintiffs,**                  **1:20-cv-1190**
                                                                  **(GLS/DJS)**

                    **v.**

**HARTFORD CONNICEUT**
**INSURANCE,**

                    **Defendant.**

**APPEARANCES:**                           **OF COUNSEL:**

**FOR THE PLAINTIFFS:**
Bruce Ingraham
Holly Ingraham
Pro Se
2455 Rt. 8
Apt. 2
Lake Pleasant, NY 12108

PO Box 861
Lake Pleasant, NY 12108

PO Box 406
Caroga Lake, NY 12032-0406

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Daniel J. Stewart, duly filed January 24, 2023. (Dkt. No. 15.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections

filed by the parties herein.

No objections[1] having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 15) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiffs' complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiffs in accordance with the Local Rules of Practice at address PO Box 406, Caroga Lake, NY 12032-0406 only.

**IT IS SO ORDERED.**

March 9, 2023
Albany, New York

Gary L. Sharpe
U.S. District Judge

---

[1] Issues with plaintiffs' address and service of the R&R on them are well documented on the docket. In an abundance of caution, the court ordered the Clerk to serve the R&R on plaintiffs at three separate addresses. The last copy of the R&R, sent to a PO Box in Caroga Lake, New York on February 16, 2023, was not returned.